## JACK L. ROSENBLIT *v.* EQUITY MANAGEMENT CORPORATION ET AL.
### (7494)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued March 9—decision released April 4, 1990

*Kimball Haines Hunt,* for the appellant (plaintiff).

*George M. Purtill,* with whom, on the brief, were *Sharon H. Purtill* and *Peter J. Alter,* for the appellees (defendants).

PER CURIAM. There is no error.